# UNITED STATES COURTS FOR THE NINTH CIRCUIT

# DESIGNATION OF A DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over Specific Cases*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **William Q. Hayes**, United States Senior District Judge for the Southern District of California, to perform the duties of United States District Judge temporarily for the District of Nevada beginning on July 11, 2022, for the following specific cases: *O'Shaughnessy et al v. United States of America*, 2:22-cv-01039-RFB-DJA and *Engel v. United States of America*, 2:22-cv-1040-NJK.

July 11, 2022

_____
Mary H. Murguia
Chief Circuit Judge