MERRICK GARLAND
United States Attorney General

BROCK HEATHCOTTE
Arizona State Bar No. 014466
Special Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone: (602) 514-7500
Facsimile:  (602) 514-7693
Brock.Heathcotte@usdoj.gov
*Attorneys for Defendant United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Joseph O'Shaughnessy, *et al*.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>United States of America, *et al.,*<br><br>　　　　　　　　Defendants. | No. 2:22-cv-01039-APG-DJA<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br>**(FIRST REQUESTED EXTENSION)** |

　　　　Defendant United States of America hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule LR IA 6-1, for a 60-day extension of time to November 4, 2022, to file a responsive pleading to Plaintiff's Complaint (Doc. 1).

　　　　This is Defendants' first requested extension of time in this matter.

　　　　Counsel for United States has an unusually heavy workload with a high number of filings due to be completed in the next three weeks, and has a trial scheduled to begin on September 12, 2022, followed by a long-scheduled vacation starting on September 26, 2022. Furthermore, the responsive pleading in this matter requires review and comment by counsel for multiple federal agencies before filing. The case styled *Todd C. Engel v. United States of America,* 2:22-cv-01040-JCM-NJK concerns many of the same events and the same attorneys as the above captioned case and was filed the same day. An identical

unopposed motion to extend has been filed in the *Engel* case.

Undersigned counsel Heathcotte affirms that Plaintiff's counsel Marquiz consents to the granting of this motion.

For the foregoing reasons, Defendant respectfully requests that the deadline to file a responsive pleading to the Complaint be extended to November 4, 2022.

RESPECTFULLY SUBMITTED this August 22, 2022.

        MERRICK GARLAND
        United States Attorney General

        *s/ Brock Heathcotte*
        BROCK HEATHCOTTE
        Special Assistant United States Attorney, Acting Under Authority Conferred by 28 U.S.C. § 515
        *Attorneys for Defendant United States*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Craig A. Marquiz
Marquiz Law Office, P.C.
3088 Via Flaminia Court
Henderson, NV 89052
(702) 263-5533
Fax: (702) 263-5532
Email: marquizlaw@cox.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED


*s/ Irene Millsaps*
United States Attorney's Office