UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, individually; MEL BUNDY, individually; JASON D. WOODS, individually; DAVE BUNDY, individually; MARYLYNN BUNDY, individually; BRIANA BUNDY, individually; BRETT ROY BUNDY, individually; MAYSA LYNN BUNDY, individually; DALLY ANN BUNDY, individually; BRONCO CLIVEN BUNDY, individually; PAYTON ALMA BUNDY, individually; PIPER BODEL BUNDY, individually; MONTANA BUNDY, individually; BENTILE BUNDY, individually; PRESLY BUNDY, individually; KYMBER BUNDY, individually; and ADAHLEN BUNDY, individually,<br><br>                                  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                                  Defendants. | Case No.: 2:22-cv-01039-WQH<br><br>**ORDER** |

1

HAYES, Judge:

    IT IS HEREBY ORDERED that the Unopposed Motion to Extend Time to File Responsive Pleading is granted. (ECF No. 19). No later than November 4, 2022, Defendant United States of America shall file a response to Plaintiffs' Complaint.

Dated: September 1, 2022

                                                  Hon. William Q. Hayes
                                                  United States District Court