UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, individually; MEL BUNDY, individually; JASON D. WOODS, individually; DAVE BUNDY, individually; MARYLYNN BUNDY, individually; BRIANA BUNDY, individually; BRETT ROY BUNDY, individually; MAYSA LYNN BUNDY, individually; DALLY ANN BUNDY, individually; BRONCO CLIVEN BUNDY, individually; PAYTON ALMA BUNDY, individually; PIPER BODEL BUNDY, individually; MONTANA BUNDY, individually; BENTILE BUNDY, individually; PRESLY BUNDY, individually; KYMBER BUNDY, individually; and ADAHLEN BUNDY, individually,<br><br>                              Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                              Defendants. | Case No.:  2:22-cv-01039-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Unopposed Motion to Extend Time to File Responsive Pleading (ECF No. 27) filed by Plaintiffs is granted. No later than February 6, 2023, Plaintiffs shall file a response to Defendant's Motion to Dismiss.

Dated: November 30, 2022

Hon. William Q. Hayes
United States District Court