UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, individually; MEL BUNDY, individually; JASON D. WOODS, individually; DAVE BUNDY, individually; MARYLYNN BUNDY, individually; BRIANA BUNDY, individually; BRETT ROY BUNDY, individually; MAYSA LYNN BUNDY, individually; DALLY ANN BUNDY, individually; BRONCO CLIVEN BUNDY, individually; PAYTON ALMA BUNDY, individually; PIPER BODEL BUNDY, individually; MONTANA BUNDY, individually; BENTILE BUNDY, individually; PRESLY BUNDY, individually; KYMBER BUNDY, individually; and ADAHLEN BUNDY, individually,<br><br>                            Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                            Defendants. | Case No.: 2:22-cv-01039-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

The Court has reviewed Plaintiffs' Unopposed Motion to Extend Time to File Response Brief. (ECF No. 31.) For good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion to Extend Time to File Response Brief (ECF No. 31) is granted. Plaintiffs shall have until March 8, 2023, to respond to the United States' Motion to Dismiss (ECF No. 26).

Dated: January 30, 2023

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court