UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, individually; MEL BUNDY, individually; JASON D. WOODS, individually; DAVE BUNDY, individually; MARYLYNN BUNDY, individually; BRIANA BUNDY, individually; BRETT ROY BUNDY, individually; MAYSA LYNN BUNDY, individually; DALLY ANN BUNDY, individually; BRONCO CLIVEN BUNDY, individually; PAYTON ALMA BUNDY, individually; PIPER BODEL BUNDY, individually; MONTANA BUNDY, individually; BENTILE BUNDY, individually; PRESLY BUNDY, individually; KYMBER BUNDY, individually; and ADAHLEN BUNDY, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01039-WQH-EJY<br><br>**ORDER** |

1

HAYES, Judge:

The Court has reviewed Defendant's Unopposed Motion to Extend Reply Deadline (ECF No. 39). For good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion to Extend Reply Deadline (ECF No. 39) is granted. Defendant shall have until May 12, 2023, to file a reply brief in support of its Motion to Dismiss (ECF No. 26).

Dated: April 3, 2023

Hon. William Q. Hayes
United States District Court