# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, individually; MEL BUNDY, individually; JASON D. WOODS, individually; DAVE BUNDY, individually; MARYLYNN BUNDY, individually; BRIANA BUNDY, individually; BRETT ROY BUNDY, individually; MAYSA LYNN BUNDY, individually; DALLY ANN BUNDY, individually; BRONCO CLIVEN BUNDY, individually; PAYTON ALMA BUNDY, individually; PIPER BODEL BUNDY, individually; MONTANA BUNDY, individually; BENTILE BUNDY, individually; PRESLY BUNDY, individually; KYMBER BUNDY, individually; and ADAHLEN BUNDY, individually,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-01039-WQH-EJY<br><br>**ORDER** |

1

HAYES, Judge:

IT IS HEREBY ORDERED that the Court will conduct oral argument on the Motion to Dismiss (ECF No. 26) on October 25, 2023, at 9:30AM Pacific Standard Time in Courtroom 14B of the James M. Carter and Judith N. Keep United States Courthouse, 333 W. Broadway, San Diego, California.

Any counsel may appear at the oral argument via videoconference. Any counsel appearing via videoconference shall contact Courtroom Deputy Kim Sellars at Kim_A_Sellars@casd.uscourts.gov no later than one week prior to the argument to obtain the videoconference login information.

Dated: September 20, 2023

Hon. William Q. Hayes
United States District Court