1
2
3
4

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, individually; MEL BUNDY, individually; JASON D. WOODS, individually; DAVE BUNDY, individually; MARYLYNN BUNDY, individually; BRIANA BUNDY, individually; BRETT ROY BUNDY, individually; MAYSA LYNN BUNDY, individually; DALLY ANN BUNDY, individually; BRONCO CLIVEN BUNDY, individually; PAYTON ALMA BUNDY, individually; PIPER BODEL BUNDY, individually; MONTANA BUNDY, individually; BENTILE BUNDY, individually; PRESLY BUNDY, individually; KYMBER BUNDY, individually; and ADAHLEN BUNDY, individually,<br><br>                              Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                              Defendants. | Case No.: 2:22-cv-01039-WQH-EJY<br><br>**ORDER** |

1

HAYES, Judge:

The Court has reviewed Defendant's Unopposed Motion to Extend Answer Deadline (ECF No. 51). For good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion to Extend Answer Deadline (ECF No. 51) is granted. Defendant shall file an answer to the Complaint on or before December 18, 2023.

Dated: December 1, 2023

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court