# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, individually; MEL BUNDY, individually; JASON D. WOODS, individually; DAVE BUNDY, individually; MARYLYNN BUNDY, individually; BRIANA BUNDY, individually; BRETT ROY BUNDY, individually; MAYSA LYNN BUNDY, individually; DALLY ANN BUNDY, individually; BRONCO CLIVEN BUNDY, individually; PAYTON ALMA BUNDY, individually; PIPER BODEL BUNDY, individually; MONTANA BUNDY, individually; BENTILE BUNDY, individually; PRESLY BUNDY, individually; KYMBER BUNDY, individually; and ADAHLEN BUNDY, individually,<br><br>                            Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                            Defendants. | Case No.: 2:22-cv-01039-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

Pursuant to the Stipulation (ECF No. 57) and good cause appearing,

IT IS HEREBY ORDERED that the parties shall have through February 9, 2024 to submit their Discovery Plan & Scheduling Order.

Dated: February 1, 2024

*[signature]*
Hon. William Q. Hayes
United States District Court