UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01039-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that Defendant United States of America shall file a response to Plaintiffs' Motion to Consolidate (ECF No. 68) no later than June 13, 2025. Plaintiffs may file a reply no later than June 20, 2025.

Dated: May 27, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court

1

2:22-cv-01039-WQH-EJY