UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01039-WQH-EJY<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that Plaintiffs shall file a response to Defendant's Motion to Stay Entire Case (ECF No. 83) no later than October 6, 2025. Defendant may file a reply no later than October 9, 2025.

Dated:  October 1, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court