♦
**Marquiz Law Office**
Professional Corporation
♦

1533 Teramo Street
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, et al. | Case No.:   2:22-cv-01039-WQH-EJY |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |
| TODD C. ENGEL, | Case No.:   2:22-cv-01040-WQH-EJY |
| Plaintiff, | **(Consolidated)** |
| v. | **STIPULATION TO EXTEND DEADLINE FOR PENDING BRIEFING & INITIAL MEET AND CONFER** |
| UNITED STATES OF AMERICA, | |
| Defendants. | (First Request) |

Plaintiffs Joseph O'Shaughnessy, Jason D. Woods, Mel Bundy and Dave Bundy (hereinafter the "Tier 2 Plaintiffs") and the Bundy Family Members (i.e., Marylynn Bundy, Briana Bundy, Brett Roy Bundy, Maysa Lynn Bundy, Dally Anne Bundy, Bronco Cliven Bundy, Payton Alma Bundy, Piper Bodel Bundy, Montana Bundy, Bentile Bundy, Presly Bundy, Kymber Bundy and Adahlen Bundy) hereinafter collectively "the O'Shaughnessy Plaintiffs," Todd Engel ("Engel" - the Consolidated Plaintiff) and the United States of America ("USA"), by and

1

1   through their respective counsel of record hereby move the Court to extend the deadlines for the
2   parties' pending briefing regarding the Defendant's Motion for Protective Order Regarding
3   Grand Jury Records, and for the parties' initial meet and confer session regarding discovery
4   matters in this case.  Due to undersigned counsels' respective calendars, the Christmas and
5   New Year's holidays, and previously scheduled family vacations, the parties' respectively request
6   that their briefing and meeting obligations be extended as follows:

   1. Plaintiffs' Response to Defendant's Motion for Protective Order Regarding Grand Jury Records be extended from December 26, 2025 until January 20, 2025;

   2. Defendant's Reply to Plaintiffs' Response to the Motion for Protective Order Regarding Grand Jury Records be extended to February 9, 2026; and

   3. The parties' initial meet and confer session regarding discovery be extended from December 29, 2025 (the date triggered by the lift of the appropriations stay) until January 20, 2026.

The parties have been conferring in good faith regarding these matters and respectfully request that the extensions of time be granted so that counsel can enjoy the holidays and previously-scheduled holidays with their families.

RESPECTFULLY SUBMITTED this 19th day of December, 2025.

| Marquiz Law Office<br>Professional Corporation | PAMELA J. BONDI<br>United States Attorney General |
|---|---|
| By: /s/ Craig A. Marquiz, Esq.<br>Craig A. Marquiz, Esq.<br>1533 Teramo Street<br>Henderson, NV 89052<br>Counsel for Plaintiffs | By: /s/ Brock Heathcotte, Esq.<br>Brock Heathcotte, Esq.<br>Neil Singh, Esq.<br>Special Assistant US Attorneys,<br>Acting Under Authority Conferred by<br>   28 U.S.C. § 515<br>Counsel for Defendant United States |

**ORDER**

Pursuant to Stipulation and good cause appearing,

IT IS ORDERED that:

1. Plaintiffs' Response to Defendant's Motion for Protective Order Regarding Grand Jury Records is extended from December 26, 2025 until January 20, 2025;

2. Defendant's Reply to Plaintiffs' Response to the Motion for Protective Order Regarding Grand Jury Records is extended to February 9, 2026; and

3. The parties' initial meet and confer session regarding discovery is extended from December 29, 2025 (the date triggered by the lift of the appropriations stay) until January 20, 2026.

Dated this 19th day of December, 2025.

_____
United States Magistrate Judge

3